## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| David Wiegel Jr. ) | |
| ) | Case No. 18-03278 |
| ) | |
| Debtor(s) ) | Judge Goldgar |

### NOTICE OF MOTION

TO: See attached service list

PLEASE TAKE NOTICE that on November 15, 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Goldgar, or any other judge sitting in his stead, in the courtroom usually occupied by him at 301 Greenleaf Ave, Courtroom B, Park City IL, and then and there move for entry of an order in accordance with the prayer of the motion attached hereto, at which time and place you may appear if you so desire.

/s/ Edwin L Feld

### CERTIFICATION

I, Edwin L Feld, the attorney in the above captioned case, state that I served the above notice and motion upon the above named parties, via United States Mail, properly addressed with postage fully prepaid before the hour of 4:30 pm, at 1 N LaSalle Street, Chicago, Illinois, on October 9, 2019.

/s/ Edwin L Feld

Edwin L Feld
Edwin L Feld & Associates, LLC
1 N LaSalle Street, Suite 1225
Chicago Illinois 60602
(312) 263-2100

Advocate Condell Med Center
PO Box 6572
Carol Stream, IL 60197

AmEx
Box 0001
Los Angeles, CA 90096

Barclaycard
PO Box 60517
City of Industry, CA 91716

Barclays Bank
PO Box 8803
Wilmington, DE 19899

Best Buy Credit Services
PO Box 78009
Phoenix, AZ 85062

Best Egg
PO Box 5493
Carol Stream, IL 60197

Cap One
PO Box 30281
Salt Lake City, UT 84130

Citi
PO Box 6241
Sioux Falls, SD 57117

Comenity Victoria Secret
PO Box 659728
San Antonio, TX 78265

Consumer Coop Credit Union
PO Box 503
Mundelein, IL 60060

Consumers CU Visa
PO Box 37603
Philadelphia, PA 19101

Discover
PO Box 6103
Carol Stream, IL 60197

Miramed
Dept 77304
PO Box 77000
Detroit, MI 48277

Nordstrom
PO Box 79137
Phoenix, AZ 85062

Northwestern Medicine
28155 Network Place
Chicago, IL 60673

Paypal Credit
PO Box 105658
Atlanta, GA 30348

Priceline.com
Card Services
PO Box 60517
City of Industry, CA 91716

Shell
PO Box 9001011
Louisville, KY 40290

SST Best Egg
4315 Pickett Rd
Saint Joseph, MO 64503

Surgeons of Lake County
1870 W Winchester Rd, Suite 112
Libertyville, IL 60048

SYNCB Amazon
PO Box 965015
Orlando, FL 32896

SYNCB Banana Republic
PO Box 530942
Atlanta, GA 30353

SYNCB Car Care Napa
PO Box 965068
Orlando, FL 32896

SYNCB Dicks
PO Box 965005
Orlando, FL 32896

SYNCB Pep Boys
PO Box 965036
Orlando, FL 32896

SYNCB ROS
PO Box 530916
Atlanta, GA 30353

SYNCB Wal Mart
PO Box 965024
Orlando, FL 32896

Target
PO Box 660170
Dallas, TX 75266

David A Wiegel Jr
831 Game Trail, Apt 304
Lakemoor, IL 60051

Glenn Stearns (ECF Notice)
801 Warrenville Rd, Ste 650
Lisle IL 60532

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| David Wiegel Jr. ) | |
| ) | Case No. 18-03278 |
| ) | |
| Debtor(s) ) | Judge Goldgar |

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COME the Debtors herein, David Wiegel Jr, by and through their attorneys, Edwin Feld, and Edwin L Feld & Associates, LLC and pursuant to Section 1329 of the Bankruptcy Code and respectfully request that this Honorable Court enter an order modifying their Chapter 13 Plan, and in support of this motion, state as follows:

1. The above-referenced case was filed on February 6, 2019

2. The Chapter 13 Plan was confirmed on May 4, 2018. The plan calls for monthly payments of $940 per month.

3. The Debtor had Heart Surgery in February 2019 and was unable to work for an extended period of time.

4. The Debtor previously filed a motion to modify his plan which proposed to increase his payments after returning to work, which would account for the default in his plan payments when he was out recovering from his surgery. That modification is no longer feasible due to increased expenses and Doctor's orders regarding overtime hours.

5. The Debtor is now required to spend $700 per month out of pocket for one of the medicines which he is required to take. That expense is on top of his already increased expenses due to the surgery.

6. The Debtor had intended to work overtime hours to cover his increased medical expense, as well as the increased Trustee payment. However due to his heart condition, his doctors have ordered that he not work overtime hours, as it would be detrimental to his health.

7. At this time the Debtor proposes to decrease his Trustee payment to $700 per

month. This will still provide General Unsecured Creditors with a minimum 65 % dividend of their allowed claims.

WHEREFORE, pursuant to 11 U.S.C. §1329 of the Bankruptcy Code, the Debtors respectfully request that this Honorable Court enter an Order modifying Debtors' Chapter 13 plan, defer any default in Trustee payments and further relief that this Court deems appropriate.

Respectfully Submitted,

/s/ Edwin L Feld
Attorney for Debtors


Edwin L Feld
Edwin L Feld & Associates, LLC
1 N LaSalle Street, Suite 1225
Chicago Illinois 60602
(312) 263-2100